**RECEIVED**

JUN 28 2019

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| GAMADA A. HUSSEIN, )<br><br>Plaintiff, )<br><br>v. )<br><br>President Donald J. Trump , )<br><br>and JOHN DOES )<br><br>Defendants, ) | CIVIL<br>COMPLAINT FOR<br>INJUNCTIVE AND<br>DECLARATORY RELIEVES |

## COMPLAINT

Plaintiff sues defendants, as individuals and in his official capacities for violation of his constitutional, civil, and legal rights, invasion of privacy, including illegal searches and seizures, attempts of assassination, tortures, abuses, persecutions, intimidation, poisoning, software and drug assaults, obstruction of justice, enslavement, harassment, discrimination, unlawful surveillance, denial access to

S C A N N E D

JUN 28 2019

U.S. DISTRICT COURT ST. PAUL

justice and wealth, and intentional infliction of emotional distress. As grounds therefore, Plaintiff states and alleges as follows:

## I. PRELIMINARY STATEMENT

1. This is a Civil Rights complaint under the United States Laws. Plaintiff brings this action for declaratory, and injunctive relief against Defendants, President Donald J Trump in response to torture, enslavement, persecutions, state terrorism, abuses, drug and software assaults, illegal experimentation, religious freedom suppression, intimidation, abuses of office to deny access to justice and wealth, obstruction of justice, discrimination, and unlawful surveillance actions, by Defendants, which have been going on against plaintiff and plaintiff family for years solely on the basis of their race, religion, color of their skin, ethnicity, alienage, ancestry, and/or national origin, in violation of the Constitution of the United States, and the laws of the United States.

## II.   JURISDICTION AND VENUE

1. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1331.

2

2. Venue lies in this Court pursuant to 28 U.S.C. §1391

3. This Court has jurisdiction under 5 U.S. Code § 702 Administrative
   Procedure Act to stop further violations of Constitutional and
   Statutory rights of plaintiff and plaintiff family (Four Children and
   Faincee).

## III.   **PARTIES**

4. Plaintiff Gamada A. Hussein, is resident of the State of Minnesota,
   is U.S. Citizen, Muslim of Ethiopian origin and current mailing
   address P.O.BOX 4128  Saint Paul Minnesota 55104.

5. Defendant, President Donald J. Trump with current mailing
   address is The White House 1600 Pennsylvania Avenue NW
   Washington, DC 20500. President Donald J Trump conspired in
   concert with the other defendants to violate the Plaintiff's and
   plaintiff's family constitutional and statutory rights.

6. Plaintiff is unaware of the true names and capacities of defendants
   sued herein as John Does and therefore sues said defendants by
   such fictitious names. Plaintiff will seek leave of Court to amend
   this Complaint to allege true names, capacities, and circumstances

supporting the liability of said defendants at such times as plaintiff ascertains the same.

## IV.  FACTS

7. Plaintiff name is Gamada Ahmed Hussein, who was born in Ethiopia and now is a citizen of the United States of America. Plaintiff has four children born in the United States : Talile Gamada, Gemechis Gamada, Kenenisa Gamada, and Milkooftu Gamada. Plaintiff fiancée, Mariam Kassim was also born in Ethiopia and she is the citizen of the United States now.

8. Defendant, President Donald J. Trump has been acting in concert with law enforcement institutions (Police, Sheriffs, State Troopers, local undercover agents , FBI, FBI undercover agents, CIA, and CIA undercover agents) conspiratorially resulting in a gross violations of constitutional and statutory rights of plaintiff and plaintiff family.

9. Plaintiff is victim of persecutions, tortures, illegal searches, seizures, discrimination, abuses, oppressions, life threats, State Terrorism, unlawful surveillance, injustices, enslavement, attempted assassination, and invasion of privacy by the law enforcement agencies (Police department, Sheriffs, State Troopers,

local undercover agents, CIA, CIA undercover agents, FBI , and FBI

undercover agents) ; President Donald J Trump joined conspiracies

of above stated institutions. Such unlawful acts have done

immeasurable physical, psychological, academic, financial, health,

and social harms to plaintiff and plaintiff family.

10.  Plaintiff has been assaulted with drugs and software and kicked

out of his professional jobs to silence, delay, and deny justice to him

and his family just because plaintiff and plaintiff family are blacks,

Muslims, immigrants, descendants of immigrants, and plaintiff

stood for his and his family rights.

11.  Plaintiff and plaintiff family have been in the most notorious,

abusive, oppressive,  intrusive, and unlawful surveillance; sold live

for researches,  businesses, movie productions, political cover-ups,

wealth control,  and talent abuses.

12.  Without indulging in enumerations of injustices of more than a

decade plaintiff sues President Donald J Trump for the following

causes of actions:

**V Causes of Actions : Obstruction of Justice and Fifth Amendment**

13.    Plaintiff has been planning to pursue law enforcement institutions for heinous crimes they have been committing against him since 2011; law enforcement institutions have been creating problems around plaintiff life, relationships, work, and school to deter him from exercising his constitutional and statutory rights through discriminations, harassment, intimidations, drugs and software attacks, and name calling such as anti-America, potential terrorist, and mentally sick to terrorize plaintiff. In March 2014, plaintiff sought help from American Civil Liberties Union.

In June 2014, plaintiff reported ongoing criminal activities to FBI in Minneapolis Minnesota. Toward end of 2014 plaintiff contacted various elected officials and department of Homeland Security. In early 2015,  plaintiff case was investigated and $ 8.3 million after tax was decided as compensation; law enforcement institutions wanted to corrupt some plaintiff extended family members and wanted to share plaintiff compensation money with family members and produce movie out of plaintiff talents, academic work, stories, characters, ...etc. Law enforcement institutions staff members were speculating billions of

dollars plaintiff could make out of movie productions but they decided to assault plaintiff with drugs and  software to avoid him.

Corrupt but efficient extended family members and community leaders  and law enforcement institutions controlled the sexuality of plaintiff  through device and forced his fiancée into prostitution to dismantle family, corrupt plaintiff fiancée with sex, money, and shame of being exposed about sexual affairs with others. Plaintiff has been forced to struggle with his everything as he has been striving to ensure safety of his children and his fiancée; plaintiff fiancée misled and acted on behalf of corrupted extended family members, and community leaders  and law enforcement institutions in a way that endangers her safety, safety of plaintiff children, and plaintiff safety.

Plaintiff fiancée couldn't join plaintiff in fighting for her and plaintiff family rights as law enforcement institutions have been passing around false stories about plaintiff  and what plaintiff is up to. On 08/25/2015, plaintiff mailed his complaint to Department of justice Civil Rights Divisions but DOJ refused to investigate the case that has been already investigated and compensation decided.  On 09/01/2015, plaintiff submitted his complaint to FBI for investigation per advice; on

09/30/2015 FBI duty agents suggested  filing civil complaint. In late 2015, plaintiff wrote personal letter to FBI director James Comey and the U.S. Attorney General Loretta L. Plaintiff didn't hear anything from Attorney General ,Loretta L. but FBI Director Comey apologized to plaintiff during his appearance on the view show after he left office.

In March 2016 plaintiff filed civil complaint against various government agencies and the fighting is going on to date as follow : a). **The District Court Proceedings (Case Number: 16-cv-780 SRN/SER) :** Plaintiff filed Second Amended Complaint on 09/20/2016. On December 19, 2016, brief hearing held before Honorable Magistrate Judge Steven E Rau. On March 03, 2017 Honorable Magistrate Judge's, Steven E Rau, Report and Recommendation granted defendant's motion to dismiss petitioner's Second Amended Complaint. On May 10,2017, Honorable Judge Susan Richard Nelson overruled plaintiff's Objection to the Report and Recommendation granting Defendants' Motion to Dismiss, and dismissing Plaintiff's Second Amended Complaint. President Donald J Trump Department of Justice denied plaintiff claim at the District Court. 06/16/2017 petitioner, Gamada A. Hussein filed Notice of Appeal to the 8th Circuit Courts of Appeals.

b). **The Appellate Court Proceedings ( Case Number : 17-2513)** :  On 08/29/2017, Petitioner, Gamada A. Hussein, filed his brief and defendants filed their brief on 09/28/2017. On October 19, 2017 , Petitioner, Gamada A. Hussein, filed Reply Brief. On March 21,2018, Honorable Circuit Judges: Colloton, Bowman, and Benton Affirmed the District Court's judgments. On 04/26/2018, .petitioner, Gamada A. Hussein filed,  a petition for Rehearing EN  BANC and Panel Rehearing (FRAP 35 (b)(2) & 40 (1)(a,b,&c) ) responding  to Honorable Circuit Judges' judgments entered on 03/21/2018. Once again , the Eighth Circuit Courts of Appeal denied both petitions on 05/22/2018 and issued mandate on 05/30/2018.

c). **The Supreme Court of the United State Proceedings (Case Number :** **18-619)** : Petitioner, Gamada Ahmed Hussein filed a petition for a writ certiorari of on July 28 ,2018 at the Supreme Court of the US. On November 23,2018 the United States Solicitor Attorney General (the, respondent) filed waiver. Petition of a writ of certiorari distributed for the US Supreme Court conference on 01/04/2018. On 01/07/2018 the Petition for a Writ of Certiorari was denied.

d). 19-CV-292 is still going on at Federal District Court of Minnesota.
President Donald J Trump and other political analysts have been
making different comments at various times through different TV
channels ; Alex, Republican political strategist commented that
President Donald J Trump needs corrupt but efficient leaders (in
plaintiff community and family members) and President Donald J
Trump commented that he is not going to pull out money out of
economy for one person; many people suggested about plaintiff
donating his wealth and living simplified life like Buddha for people to
use plaintiff and his wealth at the same time. Some people from general
public suggested that plaintiff is very smart and he should not be
allowed to raise smart kids like him; plaintiff doesn't believe that
anyone would born with innate knowledge that transfers from father to
children but poor life conditions and various challenges imposed on
plaintiff kids due to ongoing torture and persecutions against plaintiff .

Law enforcement institutions wanted to expose and control
plaintiff with his wealth; they have been denying plaintiff access to his
wealth just because of his faith and race. In reality, law enforcement
institutions used corrupt and efficient leaders against plaintiff to deter

plaintiff from getting justice and force plaintiff fiancée into prostitution

putting the welfare of plaintiff family in jeopardy. law enforcement

institutions staff members even boast that they have authority to deny

people access to their money. Alternatively, they have been suggesting

that they have been denying plaintiff access to his wealth to avoid

lawsuits by skilled lawyers; they have been telling the public that

plaintiff is going to pursue them from stronger position if he gets access

to his wealth. However, they boasted to plaintiff by saying we already

got you under the control of your fiancée and family.

It's true that President Donald J Trump didn't want plaintiff to

access justice and wealth that came out of his torture and persecutions

just because plaintiff is black, Muslim , an immigrant, and plaintiff

stood up for his and his family rights while plaintiff had contacted the

President multiple times for help in stopping the ongoing acts of state

terrorism. Therefore, President Donald J Trump obstructed justice and

denied plaintiff access to his wealth in violations of Constitution of the

United States and the Laws of the United States.

VI Causes of Actions : First, Fourth, and Eighth Amendments .

14. President Donald J Trump officially comments about putting Muslim-Americans under special surveillance ; plaintiff and plaintiff family are Muslims and they have been in the most notorious, oppressive, abusive, intrusive, and unlawful surveillance for years and years. President Donald J Trump said to plaintiff , " We are going to watch you in your buttock anyways." ; therefore, Plaintiff believes that President Donald J Trump didn't want plaintiff and plaintiff family to get out of unlawful surveillance. Please see the attached exhibitions.

Plaintiff has been facing tortures from inside through technology ; through device inside plaintiff body law enforcement institutions have been inflicting the following inhuman and cruel acts upon plaintiff :

1. Either deprive plaintiff sleep or force plaintiff to sleep excessively; they have been trying to make plaintiff sleep at work places and while plaintiff drives.

2. Either deprive plaintiff sex or induce excessive sexual desire ; they exhaust plaintiff's sexual desire when he wants to enjoy his fiancée and make plaintiff's genital erect for more than 30 minutes when his fiancée is not around ; they show him around naked for fun and to see how

many women would like plaintiff for sex to impose sex slavery upon plaintiff like they did to his fiancée to corrupt her good conscious by using sex predators.

3. Forced plaintiff into temptations of saying something plaintiff doesn't want to say.

4. Deprive plaintiff normal breathing and normal heart beat.

5. Shake or ache plaintiff body.

6. blur plaintiff vision and slightly impair plaintiff hearing.

7.Seduce plaintiff to Caucasian women and read the mind of plaintiff to people for fun and to motivate hate crimes against plaintiff.

8. Make plaintiff feel female genital organ in his mouth.

9. Seduce plaintiff to his own little and beloved daughters and make fun of it through reading plaintiff mind to people.

10. Attempt to stop plaintiff from practicing his faith such as prayers and fasting Ramadan.

11. Making plaintiff feel as if someone is having anal sex with him.

12. frowning plaintiff face and making him shy and odd in pubic events.

13. Attempting to communicate with plaintiff in the head and trying to remind plaintiff past bad experiences.

14. Making plaintiff uncomfortable around women in his community and women that look like women from his community.

15. Searching and reading plaintiff brain ( unheard fourth Amendment violations and torture at the same time).

16. Try to tell plaintiff stories that may force plaintiff burst into tear.

17. Making plaintiff feel as if he is walking in areas full of pup or lying in the pup.

18. Try to distract and make plaintiff forget things.

19. Intercept plaintiff speech.

20. Try to make plaintiff anxious and angry.

21. They try to make plaintiff pup on the top of President Donald J Trump.

22. They try to seduce plaintiff to female senators and congresswomen.

23. They try to terrorize plaintiff by making him feel handcuffed.

24. They try to make plaintiff shout from inside and with witchcraft...etc. Senator ,Amy Klobuchar , tell her campaign crowd that law enforcement institutions have been playing plaintiff heart. President, Donald J Trump National Security Advisor , John Bolton also suggested that law enforcement institutions should keep playing plaintiff heart which means they should keep reading plaintiff mind by inducing some thoughts in his mind. Plaintiff think very independently but they always try to induce some thoughts that plaintiff doesn't resonate with.

On the top of tyrannical of technology to torture, the law enforcement institutions have been using the following as tools of torture:

1. **Drugs** : Plaintiff has been assaulted with different drugs (depression inducing drugs, memory erasers, opiates, sex suppressant, and so on) ; law enforcement institutions have been using all these drugs to incapacitate plaintiff and deter him from exercising his constitutional and statutory rights. Having done these damages, they go around and

tell false stories that plaintiff needs some help and they are helping

plaintiff at Coffee shops, in his residence, at family house, public event,

and restaurants by secretively assaulting him with drugs. His extended

family and his fiancée secretly participated in this conspiracies because

they have been  promised plaintiff wealth. Both legislative and

executive branch of government have been  fully aware of these tortures

and persecutions but they were deliberately  protecting Nazi stylish

researches , businesses, movie productions, control of wealth, control of

power of reasoning, political cover ups, and so on.

2. **Witchcrafts** : in some cases they have been using witchcrafts to

deceive plaintiff  perceptions and switch grocery stuff around put some

poisoned stuff while plaintiff shops.

3. **Physical and Verbal harassments** :   Law enforcement institutions

staff members go to schools, work places, community centers, and public

events and present plaintiff as anti-America, potential terrorist, and

mentally sick  to terrorize plaintiff ; alternatively to legitimize their

harassment and intimation for hatred, researches, businesses, control

plaintiff from using his reasoning power,  defamation, deterring

plaintiff from exercising his rights, movie productions, political cover-ups...etc.

All these constitute serious inhuman or cruel actions or tortures; furthermore, Charlie Rose, prominent CBS media anchor commented that 40,000 people suffer from these kinds of tortures in the US and David Muir ,ABC media anchor also commented that he knew some people who are suffering from similar tortures within the US.

President Donald J Trump commented about approving torturing Muslims ; plaintiff and plaintiff family have been tortured and persecuted for years and years. Therefore, plaintiff and plaintiff family are victims of wrong , unlawful, malicious, and abusive policies of President Donald J Trump . Please see the attached exhibitions E1-E4o.

VII  Causes of Actions : Thirteen Amendment

Thirteen Amendment states, " neither slavery nor involuntary servitude , except as a punishment for crime whereof the party shall have been duly convicted , shall exist within the United States , or any place subject to their jurisdiction." Contrasting Thirteen Amendment plaintiff and plaintiff family have been enslaved with their wealth and

used like objects in a very abusive and disrespectful manners just because they are blacks, Muslims, immigrants, descendants of immigrants, and plaintiff determined to exercise his and his family's (fiancée and four children ) constitutional and statutory rights . Some People even tell plaintiff that he should just change diaper and head down people are going to be in charge of his life.

Plaintiff has been whipped in the head with drugs and software to enslave him and make him usable like object. Plaintiff fiancée has been also forced into prostitution (sex slavery). Plaintiff and plaintiff family have been sold live without their consent.

President Donald J Trump Said to Plaintiff ," We are going to watch you in your buttock anyways." , he also commented that he is not going to pull plaintiff money out business ; these entail that President's redeclaration of  slavery upon plaintiff and plaintiff family because of their race and faith where he already decided to use the wealth , plaintiff, and plaintiff family at the same time without plaintiff permission. To the best of Plaintiff knowledge no one in this world enslaved, controlled, abused, oppressed, tortured, and persecuted with huge wealth except plaintiff and plaintiff family. These are happening

to plaintiff and plaintiff family because of their race , faith, and country of origin (Ethiopia : poor country).

## VIII Causes of Actions : State Terrorism

16. Plaintiff and plaintiff family have been abused, oppressed, terrorized, impoverished, assaulted with drugs and software , discriminated against, tortured, persecuted, subjected to illegal experimentation, and forced to live in fear every single day to use plaintiff, plaintiff family, and plaintiff wealth by force by scaring plaintiff from fighting for his and his family rights and telling his true story. Law enforcement institutions suggested that plaintiff and plaintiff story is going to make them terrible institutions ; therefore, they can only use plaintiff, plaintiff family, and their wealth by working with plaintiff 's corrupt and efficient extended family members and community leaders . Alternatively, by torturing and assaulting plaintiff with drugs and software; imposing sex slavery on plaintiff fiancée. President Donald J Trump joined the conspiracies and used corrupt and efficient leaders to enslave and terrorize plaintiff and plaintiff family, (fiancée and four children ) with their wealth.

## IX  Cause of Actions : Abuse of Office

17. The United States President resumed office under oath ," I do solemnly swear (or affirm) that I will faithfully execute the Office of President of the United States , and will to the best of my ability , preserve, protect, and defend the Constitution of the United States." , in reality,  President Donald J Trump  and law enforcement institutions conspired in concert and eroded and violated the Constitution  of the United States and the laws of the United States ; consequently, they terrorized, tortured, persecuted,  invaded, abused, oppressed, and enslaved plaintiff and plaintiff family with their wealth.

Plaintiff and plaintiff family have been living in the most notorious , abusive, oppressive, and intrusive surveillance for so many years. Plaintiff heard when his own instructor talk about sexuality of Muslim women in general and specific to plaintiff fiancée. Plaintiff heard when prominent politician , democratic candidate from Georgia, Stacey Abraham  whispered  with the women in the View show about the U.S. government watching people in their buttock ; plaintiff and plaintiff family have been sold live for years and  general public and coworkers have been commenting about their sex, family issues, and so

on. President Donald J. Trump himself said, " We are going to watch you in your buttock anyways." that could mean Muslims in general or plaintiff and plaintiff family which plaintiff already knew and pursuing it at this Court.

As a father of four children born in the United States , plaintiff has been deeply concerned when government institutions try to convert plaintiff from inside and suggest to the general public that plaintiff cannot be black, immigrant, and Muslim get all that wealth ; plaintiff wants to raise proud and confident Americans who will live American dreams out of courage and resilience.

One day, the president was holding press conference in the White House knowing that they watch plaintiff and plaintiff family , plaintiff showed the President his two years old daughter with hijab, and the President said to plaintiff, "Don't eat my beauty." and plaintiff felt the comment to his heart to the point showing the President of the United States two years daughter with hijab would eat his beauty.

Out of sympathy of law enforcements challenges of issues of terrorism plaintiff never shared his stories of being tortured and

persecuted by them from 2008 to 2011; he waited for them to figure it out all with patience and trust.

Over years , plaintiff noted that our law enforcement institutions act out of conspiracies, hatred, corruption, power abuse, subjugation, discrimination, and then decided to exercise his constitutional and statutory rights ; once again, plaintiff found law enforcement institutions using technology, drugs, slavery, witchcrafts, harassments, and intimidations to deter plaintiff from exercising his constitutional and statutory rights.

Plaintiff believed power abuses and state terrorism being jointly exercised by institutions that should have enforced the law to produce terrorists ; plaintiff wants the court of the United States to prove to our citizens that America have laws that protects everybody under United States jurisdictions and being terrorist or fighting crimes with crimes is not an option.

President Donald J Trump is part of these conspiracies. Plaintiff and plaintiff family have been tortured, persecuted, oppressed, terrorized, discriminated against, denied access to their justice and

wealth ; President Donald J Trump made comment that suggests it's okay to torture Muslim-Americans while plaintiff and plaintiff family already went through all that and contacted the President on behalf plaintiff and plaintiff family though there were not any good outcome.

Plaintiff truly believed that these are abuses of the Office of the President of the United States of America and the court of the United States should do what it did to President Richard Nixon before many citizens become the victims of power abuses and office abuses.

## X Causes of Actions : Nazification of America

18. As an immigrant who joined this great and beautiful society and had four children in here ; plaintiff wants the United States of America to be the best and safest country on the face of the Earth forever. The United States is not only homeland for plaintiff but it's natural homeland for plaintiff beloved for angels (four children). Based on plaintiff years of experiences , actions and comments of political and law enforcement institutions' leaders ; beloved homeland of plaintiff and beloved homeland of plaintiff four children is heading toward Nazification.

Plaintiff and plaintiff family have already been the victims of the process of Nazifications ; plaintiff has been seriously concerned about President Donald J Trump leading this great and beautiful country into total Nazifications and resulting in double victimization of plaintiff and plaintiff family. As academician , plaintiff cannot afford falsely accusing his own leaders without substantial justifications.

Plaintiff would like to demonstrate how actions and comments of both law enforcement institutions' and political leaders would lead to Nazification of America and how plaintiff and plaintiff family already went through what some Jewish went through in Nazified Germany ; furthermore, how President Donald J Trump would lead to total Nazification of America as follow:

1. Law Enforcement Institutions' Staff  Members and Leaders : They were coming to work places and assuring that they are hired to protect white populations and whites should not worry about facing what plaintiff and plaintiff family faced in the United States. They were also coming to work place and assuring coworkers that no one is going to get trouble for mistreating plaintiff. Some coworkers officially discuss that

our law enforcement institutions use minorities for researches and how plaintiff himself is a research subject to date.

Once upon a time, the U.S. Attorney General , Eric Holder who had commented that somebody with name Mohammed would not get international attentions ; he pushes back on racial biases but he was okay with faith based biases ; in contrast , plaintiff believes that people should be judged void of their race, faith, names, and so on. Both local and national law enforcement institution leaders worked so hard to cover up plaintiff and plaintiff family stories as it will reveal more on them and the media supported their cover up.

Some media anchors even suggested that law enforcement leaders didn't want to deal with thunder storms, unless plaintiff switches his faith. Then they went to plaintiff family and community and told that they didn't want plaintiff to lose his faith as if plaintiff switched his faith to betray his family to isolate him from his family and community. President Barrack Obama whispered to Pope Francis in 2015 that plaintiff scared to convert ; however, plaintiff is not hundred percent sure that the inside conversion process is going on.

Pathogenization and name calling to legitimize Nazi Stylish researches , as stated in the complaint plaintiff has been called mentally sick, potential terrorist, and anti-America for years and years; all physicians knew that plaintiff didn't have any health issues but the research has been  going on. Just like Nazi Germany Doctors , doctors dare to falsely call plaintiff paranoia and a patient with delusional disorders while they surely knew that plaintiff claim is true.

 Law enforcement institution leaders were able to scare lawyers from taking plaintiff case by alleging that plaintiff case is national security issue; they neither  want plaintiff to claim his wealth nor solve his problems , they are determined to use plaintiff and plaintiff money by torturing him from inside. Even President Donald J Trump tried to terrorize plaintiff by showing national security team meeting ; plaintiff doesn't want be national security issue for exercising his constitutional and statutory rights and for his wealth as well. Fox news media anchor, Kelcey Carlson suggested that law enforcement institutions like to control good people ; the idea that government institutions control plaintiff for his reasoning power and wealth after years of abuses revealed on them is very terrifying, daunting, and haunting to raise

very confident and proud Americans unless ruthless and reversing actions are taking by the court of the United States.

Plaintiff fiancée has been sexually abused by sex predators hired secretly by law enforcement institutions to point she feels suicidal (feeling religiously guilty ) ; she shoved her hair and lost her teeth, and now her wellness is in a very serious situation . Please see the attached exhibition A. The government plays with plaintiff and plaintiff family wealth ; plaintiff children and his fiancée have been facing serious health and life issues.

Law enforcement staff members had infected plaintiff with fungus and called him mentally sick to deter him from dating Caucasian women but they seduce him to them through technology and read his mind to people to make plaintiff bad individual; after plaintiff case investigated they were trying to hook him up with Caucasian girls to control his fate and wealth. Please see exhibition B. Undercover agent even told plaintiff to dump his fiancée. When plaintiff refused to take all these gestures ; they fully engaged in leasing  plaintiff fiancée publicly to demonstrate that whoever refused  to obey their power abuse and bigotry would face such punishments.

They completely counted on technology and scared plaintiff around by stating that plaintiff truth is true only if law enforcement institutions confessed what they are doing inside the plaintiff. However, police officer at West Saint Paul whispered to another person that plaintiff is of top clearance but letting plaintiff go with all that wealth is an issue. Former FBI Director, Robert Mueller and Former United States Attorney General, Eric Holder commented that plaintiff is the most capable person. Former Deputy FBI Director, Andrew McCabe appeared on CBS morning and commented that they have been using plaintiff for so many reasons now they want plaintiff to be himself (Void technological abuses). However, plaintiff has been under abuses and control for his reasoning power and wealth. Our First Lady, Michelle Obama commented plaintiff didn't know what we went through and he is eating his mind; however, plaintiff believes that even plaintiff slave never been abused and with these much wealth. Politicians have been trying to find ways to convince plaintiff either into slavery or conversion; that is gross violations of the United States Constitutions.

These kinds of actions and comments by law enforcement institutions under public watches dilutes the hearts and minds of

28

ordinary citizens and motivates criminal activities against disfavored groups and susceptible minorities; they have a lot of Nazification elements . Please see the attached exhibitions C1-C3.

2. Plaintiff and plaintiff family have been the victims of Nazification processes.  Plaintiff and plaintiff family have been under very oppressive, intrusive, and abusive surveillance to date. Plaintiff has been assaulted with drugs and software for more than a decade for illegal experimentations, businesses, political cover-ups, movie productions, entertainment...etc.

Plaintiff and Plaintiff family DNA information stored and they are subject to illegal experimentation. Some people even suggested that plaintiff is very smart and he shouldn't be allowed to raise smart kids ; law enforcement institutions staff members have been struggling to dismantle plaintiff family by all means possible.  Plaintiff and plaintiff family have been publicly pathogenized.

Plaintiff and plaintiff family tortured, persecuted, invaded, oppressed, discriminated against, defamed, impoverished, enslaved, silenced, denied access to justice and their wealth to demonstrate to the

general public that blacks, Muslims, immigrants, descendants of immigrants, minorities who stand for their constitutional and statutory rights would be kept powerless so that they cannot protect themselves from bigotry and Nazification. Doing all these to peaceful and law-abiding citizens in public watches is a road map to Nazification.

3. Plaintiff is highly respectful of freedom of speeches and he doesn't have any intentions of labeling freedom of speeches as racism or bigotry. Plaintiff doesn't want to call United States President racist or Neo Nazi yet but plaintiff is reasonably suspicious about President Donald J Trump leading to total Nazification of America for the following reasons :

1. President Donald J Trump tries to find problems with different minorities; he called Mexicans are rapist and he also suggested Latino Judge doesn't deliver fair judgments. Then he suggests about building a wall to deter them from enter the United States. Please see the attached exhibitions D1-D6.

2. President Donald J Trump comments about completely banning Muslims from entering the United States. President Donald J Trump

also commented about putting all Muslims under special surveillance and creating data base for Muslims. He further commented that he would approve torture upon Muslim-Americans. Please see the attached exhibitions E1-E40.

3. On MSNBC appearance Michael Cohen , former President's lawyer suggested that President Donald J Trump is not joking when he says " He can shoot somebody on the 5th Ave and get away with it."   Once again , President Trump said , " When I call , they kiss my ass." referring to politicians inside the United States. Both comments entail that race superiority resonates in Presidents heart and mind and he was delivering his beliefs to his supporters; creating the Master Race or Superior Race or Racial Hygiene is what led Adolf Hitler to World War and some race elimination (Jewish). Please see the attached exhibition C1-C3 and F. On the other side, Wealth is source of power and respect for the President but source of abuses, control, oppressions, tortures, persecutions, invasion, subjugations, and systematic eliminations for plaintiff and plaintiff family as demonstrated in the complaint.

4. Plaintiff and plaintiff family have been tortured, persecuted, invaded, sold live , discriminated against, defamed, enslaved, pathogenized,

subjected to illegal experimentations, exposed , denied access to justice and wealth because of their race and faith. Plaintiff and plaintiff family have been in the most notorious, abusive, oppressive, intrusive, and unlawful surveillance . Some People in general public very often comment that President Donald J Trump didn't want plaintiff and plaintiff family justice and access to their wealth. I heard him commenting that he is not going to pull money out of business for one person. President Donald J Trump also said, " We are going to watch you in your buttock anyways."; plaintiff and plaintiff family have been exposed locally, nationally, and internationally, they have been watched all over the place. Therefore, President Donald J Trump supports injustice against plaintiff and plaintiff family to demonstrate their race inferiority ; if the President believed that he could shoot anybody and get away with it , then law enforcement staff members can commit all stated heinous crimes against plaintiff and plaintiff family and get away with it. In reality, that was what law enforcement have been trying to do and if they get the support of the President of the United States and the Court doesn't take actions they will definitely do.

Plaintiff has been very concerned that if decisive and reversing actions are not taken by the Court of the United States , plaintiff and plaintiff family would be the first and double victims of the ongoing unlawful and abusive policies of President Donald J Trump Administration.

## PRAYER FOR RELIEF

**WHEREFORE**, plaintiff respectfully requests that this Court enter judgment in his favor and against defendants as follows:

a. Declaring the actions of defendant described above violate the Constitution of the United States, and the laws of the United States.

b. Permanently enjoining defendant, and his directors, officers, employees, agents, and representatives to take all affirmative steps necessary to remedy the effects of unlawful and discriminatory conducts described in the complaint.

c. Declaring that confining peaceful and law- abiding citizens in the most notorious, abusive, intrusive, and oppressive surveillance

constitutes false imprisonment; without probable cause , warrant, and due process of law violates the Constitution the US, and the laws of the US.

d. Declaring that depriving plaintiff sex, normal heartbeats, normal breathing, normal body movements , normal feelings, normal body function, and normal moods through drugs and electronic stalking constitute cruel , unusual punishments or torture ; such malice actions violate the Constitution of the US, and the laws of the US

e. Declaring that defendant and his surrogate community leaders and members deliberately forced plaintiff's fiancée into prostitution under color of law and that constitutes sex slavery (sex Trafficking) ; forcing sex slavery upon someone under color of law violates the US Constitutions, and the laws of the US.

f. Declaring that plaintiff and plaintiff family wealth belongs to them and no entity should be allowed to control them and their wealth.

g. Relieving the plaintiff and plaintiff's family from the most notorious, intrusive, oppressive, and abusive false imprisonment;

h. Awarding plaintiff and plaintiff's family alternative or private security cost in amount to be determined at trial as plaintiff seriously concerned about safety and security of himself and his family due to extreme exposures with all kinds of private information to all kinds of people both locally and internationally.

i. Declaring that attempting to buy plaintiff from his community to use like object and slave for business and research purposes, constitute slave trade; slavery violates the Constitution of the US, and the US laws.

j. Declaring that defendant's use of physical harassments, intimidations, drug assaults, techno tyranny, fungus infections, and other malicious methods (such as depriving plaintiff property, liberty, life enjoyments, and wellness) to deter plaintiff from pursuing justice constitute state terrorism; State terrorism violates the Constitution of the US, and the laws of the US.

k. Ordering defendants to remove microchips from plaintiff body in the presence of independent experts and plaintiff's significant family members and also with hard prove of removal to plaintiff.

l. Ordering defendant to testify under oath that defendants have not inserted microchips into plaintiff's fiancée body .

m. Declaring that plaintiff and plaintiff's family can bring suit against defendants or any other parties if any of information from these false imprisonment used against plaintiff and plaintiff's family at any time in any ways.

n. Declaring that defendant that control plaintiff, plaintiff family, and wealth using them by force constitute slavery , slavery violates the Constitution of the US, and the laws of the US.

o. Awarding Plaintiff his expenses, costs, fees, time, and other disbursements associated with filing and maintaining this lawsuit, including reasonable attorneys' fees pursuant to 42 U.S.C.§1988 and Minn. Stat. §363A.33 subd. 7;

p. Awarding Plaintiff prejudgment interest; and

q. Awarding Plaintiff such other and further relief as the Court deems just and equitable.

Respectfully submitted,

Date: June 28 , 2019

Gamada Hussein

P.O.BOX 4128
Saint Paul MN 55104
(651)808-4809
Prose

Note : government Institutions delete and alter the content of plaintiff
complaint but plaintiff does his best to make every proof reading and
corrections.